IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Torie Bauer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Equinor Energy LP; Grayson Mill Williston, LLC, | ) | Case No. 1:21-cv-170 |
| | ) | |
| Defendants. | ) | |

On January 5, 2024, the court issued an order that: (1) gave Grayson Mill Williston, LLC ("GMW") 30 days to either supplement its Rule 7.1 disclosures or file a report updating the court on the status of its efforts to identify the citizenship of its members and sub-members; and (2) scheduled a status conference for February 22, 2024, at 1:30 PM by telephone. (Doc. No. 111).

On January 29, 2024, the parties filed a Stipulation to Stay Deadlines. (Doc. No. 115). They agree that GMW may suspend its efforts identify the citizenship of its members and sub-members while they explore alternative means of resolving this case. They further agree that, if they have not resolved this case and acted to dismiss it by May 1, 2024, GMW shall file a status report by May 24, 2024.

The court **ADOPTS** the parties' stipulation. (Doc. No. 115). GMW's status report is due by May 24, 2024. The status conference scheduled for February 22, 2024, shall be rescheduled for May 29, 2024, at 9:00 AM by telephone. To participate in the status conference, the parties should call (877) 810-9415 and enter access code 8992581.

1

**IT IS SO ORDERED.**

Dated this 30th day of January, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
