IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Torie Bauer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Equinor Energy, LP, and Grayson Mill Williston, LLC, | ) ) | Case No. 1:21-cv-170 |
| | ) | |
| Defendants. | ) | |

On April 30, 2024, the court was advised that the parties have agreed to settle this matter and anticipate that they will be able to submit closing documents within sixty days. (Doc. No. 117). Accordingly, the pending motions (Doc. No. 51, 53, 66, 87, 94, 96, 100, and 102) are deemed **MOOT**. The parties are directed to file their closing documents within sixty days of the date of this order. See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED.**

Dated this 1st day of May, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court