## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Tori Bauer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Equinor Energy LP; and Grayson Mill Williston, LLC, | ) | Case No. 1:21-cv-170 |
| | ) | |
| Defendants. | ) | |

On June 10, 2024, the parties filed a Stipulation of Dismissal. (Doc. No. 120). The court **ADOPTS** the Parties' stipulation (Doc. No. 120) and **DISMISSES** this matter with prejudice and without cost or fees to the Parties.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court